UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No.  2:18-CR-160 |
| | ) | |
| NICHOLAS NASSIF HAYEK | ) | |

## VERDICT FORM

We, the members of the jury, find unanimously from all the evidence, as follows:

1.    As to Count One of the Superseding Indictment charging a violation of 18

U.S.C. § 2422(b) (enticement of a minor to engage in criminal sexual activity), we find the

defendant:

_____    NOT GUILTY

___✓___    GUILTY

2.     As to Count Two of the Superseding Indictment charging a violation 18 U.S.C. §§ 2251(a) and (e) (enticement of a minor to engage in sexually explicit conduct for the purpose of producing visual depictions for distribution), we find the defendant:

_____ NOT GUILTY

___✓___ GUILTY

3.     As to Count Three of the Superseding Indictment charging a violation of 18 U.S.C. § 1470 (transfer of obscene material to an individual who had not attained the age of sixteen), we find the defendant:



_____ NOT GUILTY

___✓___ GUILTY

4.     As to Count Four of the Superseding Indictment charging a violation 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) (receipt of child pornography), we find the defendant:

_____ NOT GUILTY

___✓___ GUILTY

2

5. As to Count Five of the Superseding Indictment charging a violation 18 U.S.C. §§ 2252A (a)(5)(B) and (b)(2) (possession of child pornography), we find the defendant:

_____ NOT GUILTY

_____✓_____ GUILTY

*[If you have found the defendant "not guilty" of Count Five, please skip question 5A and have the foreperson sign the verdict form. If you have found the defendant "guilty" of Count Five, please proceed to question 5.A.]*

5A. Do you, the members of the jury, find that the child pornography involves a prepubescent minor or a minor under the age of twelve (12):

_____✓_____ YES

_____ NO

Foreperson: ███████████████████

Date: ___7/30/21___

3